UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

                                    Chapter 7

IDEAL MORTGAGE BANKERS, LTD
a/k/a LEND AMERICA,
a/k/a CONSUMER FIRST LENDING KEY        Case No. 810-79280-dte


                                 Debtor.
-----------------------------------------------------------------x

**AMENDED NOTICE OF TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER: (a) FINDING HELENE DECILLIS, MICHAEL PRIMEAU AND MICHAEL HOWARD ASHLEY TO BE IN CONTEMPT OF THE COURT'S "ORDER: (i) PURSUANT TO RULE 9001(5) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, DESIGNATING HELENE DECILLIS, MICHAEL PRIMEAU AND MICHAEL HOWARD ASHLEY, JOINTLY AND SEVERALLY, THE PERSONS RESPONSIBLE FOR PERFORMING THE OBLIGATIONS OF THE DEBTOR HEREIN UNDER THE BANKRUPTCY CODE; (ii) DIRECTING HELENE DECILLIS, MICHAEL PRIMEAU AND MICHAEL HOWARD ASHLEY, JOINTLY AND SEVERALLY, TO LOCATE AND CAUSE TO BE TURNED OVER TO THE TRUSTEE THE BOOKS, RECORDS, FILES, AND OTHER DOCUMENTS OF THE DEBTOR, AND TO PROVIDE THE TRUSTEE WITH SUCH INFORMATION AS IS NECESSARY TO LOCATE AND ADMINISTER THE PROPERTY OF THE ESTATE"; (b) IMPOSING FINES AND SANCTIONS; AND (c) DIRECTING THAT HELENE DECILLIS, MICHAEL PRIMEAU AND MICHAEL HOWARD ASHLEY PAY COSTS AND ATTORNEY'S FEES**

      **PLEASE TAKE NOTICE**, that a hearing will be held on **April 14, 2011, at 10:00 a.m.**, before Judge Dorothy T. Eisenberg, at the United States Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, Central Islip, New York 11722, Room 760 (the "Court") on the motion of R. Kenneth Barnard, Esq., the Chapter 7 Trustee of Ideal Mortgage Bankers, Ltd a/k/a Lend America a/k/a Consumer First Lending Key (the "Trustee"), seeking the entry of an Order, pursuant to §105(a) of the Bankruptcy Code and Rules 9020 of the Federal Rules of Bankruptcy Procedure (a) finding Helene Decillis, Michael Primeau and Michael Howard Ashley to be in contempt of the Court's "Order:

(i) Pursuant to Rule 9001(5) of the Federal Rules of Bankruptcy Procedure, Designating Helene Decillis, Michael Primeau and Michael Howard Ashley, Jointly and Severally, the Persons Responsible for Performing the Obligations of the Debtor Herein under the Bankruptcy Code; (ii) Directing Helene Decillis, Michael Primeau and Michael Howard Ashley, Jointly and Severally, to Locate and Cause to Be Turned over to the Trustee the Books, Records, Files, and Other Documents of the Debtor, and to Provide the Trustee with Such Information as Is Necessary to Locate and Administer the Property of the Estate", (b) imposing fines and sanctions; and (c) directing that Helene Decillis, Michael Primeau and Michael Howard Ashley pay costs and attorney's fees, and (d) granting the Trustee such other, further and different relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE,** that objections ("Objections") to the relief requested in the Motion, if any, must be in writing, conform with the Bankruptcy Code and Rules, state with particularity the grounds therefor and be filed with the Court, with a courtesy copy to the Chambers of the Honorable Dorothy T. Eisenberg, United States Bankruptcy Judge, and served upon, so as to be received by, the Law Offices of R. Kenneth Barnard, the attorneys for the Trustee, no later than **April 7, 2011 at 4:00 p.m.**, as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with Order No. 473), which may be accessed through the internet at the Bankruptcy Court's website at [www.nyeb.uscourts.gov;](www.nyeb.uscourts.gov;) and (ii) in portable document format (PDF) using Adobe Exchange Software for conversion; or (b) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

An objection filed by a party with no legal representation shall comply with section (b) above.

      **PLEASE TAKE FURTHER NOTICE**, that in the event objections are not timely filed, the Court may grant the relief sought in the Motion.

Dated: Babylon, New York
      March 22, 2011

                                       **LAW OFFICES OF
R. KENNETH BARNARD**
Attorneys for the Trustee

                By:     */s/ **R. Kenneth Barnard***
                          R. Kenneth Barnard
                          384 West Main Street
                          Babylon, New York 11702
                          (631) 661-0906

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:
                                                                   Chapter 7

IDEAL MORTGAGE BANKERS, LTD
a/k/a LEND AMERICA,
a/k/a CONSUMER FIRST LENDING KEY        Case No. 810-79280-dte


                                  Debtor.
------------------------------------------------------------------x

# CERTIFICATION OF SERVICE

        The undersigned, certifies that on March 28, 2011, I served a true copy of the annexed:

(i) **AMENDED NOTICE OF TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER: (a) FINDING HELENE DECILLIS, MICHAEL PRIMEAU AND MICHAEL HOWARD ASHLEY TO BE IN CONTEMPT OF THE COURT'S "ORDER: (i) PURSUANT TO RULE 9001(5) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, DESIGNATING HELENE DECILLIS, MICHAEL PRIMEAU AND MICHAEL HOWARD ASHLEY, JOINTLY AND SEVERALLY, THE PERSONS RESPONSIBLE FOR PERFORMING THE OBLIGATIONS OF THE DEBTOR HEREIN UNDER THE BANKRUPTCY CODE; (ii) DIRECTING HELENE DECILLIS, MICHAEL PRIMEAU AND MICHAEL HOWARD ASHLEY, JOINTLY AND SEVERALLY, TO LOCATE AND CAUSE TO BE TURNED OVER TO THE TRUSTEE THE BOOKS, RECORDS, FILES, AND OTHER DOCUMENTS OF THE DEBTOR, AND TO PROVIDE THE TRUSTEE WITH SUCH INFORMATION AS IS NECESSARY TO LOCATE AND ADMINISTER THE PROPERTY OF THE ESTATE"; (b) IMPOSING FINES AND SANCTIONS; AND (c) DIRECTING THAT HELENE DECILLIS, MICHAEL PRIMEAU AND MICHAEL HOWARD ASHLEY PAY COSTS AND ATTORNEY'S FEES**

by regular mail by placing a copy of the same in a sealed envelope, with postage prepaid thereon, and depositing it in an official depository of the U.S. Postal Service within the State of New York, addressed to those entities listed in the service list, annexed hereto.

Dated: March 28, 2011

                                                                             *s/ R. Kenneth Barnard*
                                                                             R. KENNETH BARNARD

Helene DeCillis  
6 Norris Lane  
East Setauket, NY 11773

Michael Primeau  
11 Elm St.  
Lynbrook, NY 11563-3607

Kevin Keating, Esq.  
666 Old Country Rd., Ste 501  
Garden City, NY 11530

LaMonica, Herbst & Maniscalco  
3305 Jerusalem Ave.  
Wantagh, NY 11793

Kravet & Vogel, LLP  
1040 Avenue of the Americas  
Suite 1101  
New York, NY 10018-3703

Office of the United States Trustee  
Long Island Federal Courthouse  
560 Federal Plaza  
Central Islip, NY 11722-4437

Michael Howard Ashley  
5 Legend Circle  
Melville, NY 11747

Joseph R. Conway, Esq.  
Lorusso & Conway LLP  
300 Old Country Rd, Ste 341  
Mineola, NY 11501