**United States Bankruptcy Court**
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
P.O. Box 9013
Central Islip, New York 11722

*Chambers of the Hon. Louis A. Scarcella,*
*United States Bankruptcy Judge*                                                                 *(631) 712-6278*

Global Appraisal Solutions, LLC, c/o Laurence Holzer
1497 Main St. #210, Dunedin, FL, 34698

May 28, 2014

**Re**: Ideal Mortgage, Bankers, Ltd., 10-79280-las; Orders to show cause, commanding R. Kenneth Barnard, Douglas Clemmons, Judith Fellheimer, Justin Krell, and Lon Seidman to respond to subpoenas.

Dear Mr. Holzer:

The Court is in receipt of your several "Orders to Show Cause," by which you ask the Court to order various individuals (including the Chapter 7 Trustee and his attorneys) to respond to your subpoenas for, among other things, the production of documents.

Please be advised that the Court will not sign or enter your proposed orders, as you have not followed the proper procedures set forth in the applicable provisions of the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Local Rules of this Court for obtaining information and documentation from other parties in connection with a pending bankruptcy case.

Kind regards,

*s/ Nicholas W. Quesenberry*

Nicholas W. Quesenberry, Esq.
Law Clerk to the
Honorable Louis A. Scarcella, USBJ

CC: R. Kenneth Barnard, Chapter 7 Trustee; Office of the United States Trustee; Ronald J. Friedman; Lon J. Seidman; Justin Krell; Douglas Clemmons; Judith Fellheimer.