| | |
|---|---|
| **SILVERMANACAMPORA LLP**<br>Special Counsel to R. Kenneth Barnard,<br>  Chapter 7 Trustee<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>(516) 479-6300<br>Lon J. Seidman<br>Justin S. Krell | Sale Date: February 12, 2015<br>**Time:  11:00 a.m.**<br><br>**Objection Date: February 3, 2015**<br>**Time: 4:00 p.m.**<br><br>**Hearing Date: February 10, 2015**<br>**Time: 10:00 a.m.** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:

IDEAL MORTGAGE BANKERS, LTD, a/k/a                Chapter 7
LEND AMERICA, a/k/a CONSUMER FIRST                Case No. 10-79280 (LAS)
LENDING KEY,

                        Debtor.
------------------------------------------------------------------------x

### NOTICE TO CREDITORS AND OTHER
### PARTIES IN INTEREST OF TRUSTEE'S INTENDED SALE

**PLEASE TAKE NOTICE** that an involuntary petition was filed against the above-named Debtor under chapter 7 of title 11, United States Code (the "Bankruptcy Code") and the Debtor's case is presently pending before The Honorable Louis A. Scarcella, United States Bankruptcy Judge for the Eastern District of New York.

**PLEASE TAKE FURTHER NOTICE** that R. Kenneth Barnard, the chapter 7 trustee (the "Trustee"), by his special counsel SilvermanAcampora LLP, will sell through David R. Maltz & Co., Inc. (the "Broker"), the Trustee's brokers, at a public auction sale (the "Auction"), the Debtor's right, title, and interest in certain loans, which are listed on **Exhibit A** annexed hereto (collectively, the "Loans").

**PLEASE TAKE FURTHER NOTICE** that the Auction will be held at the New York LaGuardia Airport Marriott, 102-05 Ditmars Boulevard, East Elmhurst, New York 11369 on **February 12, 2015 at 11:00 a.m.** (the "Auction Date").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Code sections 363(b) and (f) and Rule 6004 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule E.D.N.Y. LBR 6004-1, the Loans will be sold free and clear of all liens, claims and encumbrances, if any, with such liens, claims and encumbrances to attach to net proceeds of sale, after deductions of all sale expenses such as proposed broker's and Trustee's commission, advertisements and attorney fees.  Deposits in the amounts referenced on **Exhibit A** annexed hereto, and in the form of a certified check or bank check, made payable to "R. Kenneth Barnard, Esq., Chapter 7 Trustee", will be required at the Auction to bid on the Loans.

**PLEASE TAKE FURTHER NOTICE** that a copy of the complete Terms and Conditions of Sale and information regarding the Loans may be obtained by contacting David R. Maltz & Co., Inc., at the telephone number and/or website listed below.

JSK/1666799.1/060579

**PLEASE TAKE FURTHER NOTICE** that any and all due diligence documents relating to the Loans will be available for inspection by contacting the Broker at the telephone number and/or website listed below prior to the Auction Date. The inspection of such documents will be subject to the terms and conditions of a confidentiality agreement, which will be provided by the Broker.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Auction must be made in writing and filed, with notice to the Trustee and the attorneys for the Trustee, **before 4:00 p.m. on the 3rd day of February, 2015**, with the Clerk of the Bankruptcy Court, Eastern District of New York at the Alfred M. D'Amato Courthouse, 290 Federal Plaza, Central Islip, New York 11722.

**PLEASE TAKE FURTHER NOTICE** that, if objections are filed, a hearing on such objections will be conducted before The Honorable Louis A. Scarcella, United States Bankruptcy Judge, on **February 10, 2015 at 10:00 a.m.**, at the United States Bankruptcy Court, Courtroom 760, Alfred M. D'Amato Courthouse, 290 Federal Plaza, Central Islip, New York 11722. If no objections are filed, the Auction may proceed as scheduled.

Dated: Jericho, New York
      January 13, 2015

**SILVERMANACAMPORA LLP**
Special Counsel to the Trustee

By: s/ Lon J. Seidman
    Lon J. Seidman
A Member of the Firm
100 Jericho Quadrangle Suite 300
Jericho, New York 11753
(516) 479 -6300

Dated: Central Islip, New York
      January 13, 2015

**David R. Maltz & Co., Inc.**
**Trustee's Broker**
39 Windsor Place
Central Islip, NY 11722
(516) 349-7022
**www.MaltzAuctions.com**

# **EXHIBIT A**

| Property Address | Principal Loan Amount | Required Deposit to Bid at Auction |
|---|---|---|
| 126 Kickapoo Road, Middlefield, CT 06455 | $279,739 | $25,000 |
| 714 Sackman St., Brooklyn, NY 11212 | $118,000 | $25,000 |
| 1033 Magnolia Avenue, Elizabeth, NJ 07201 | $206,196 | $25,000 |
| 2705 Glacier Drive, Port Arthur, TX 77640 | $132,554 | $15,000 |
| 2419 N. Mesa Avenue, Roswell, NM 88201 | $48,433 | $5,000 |