**SILVERMANACAMPORA LLP**
Special Litigation Counsel to
R. Kenneth Barnard, the Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Lon J. Seidman
Justin S. Krell

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:

IDEAL MORTGAGE BANKERS, LTD, a/k/a            Chapter 7
LEND AMERICA, a/k/a CONSUMER FIRST            Case No. 10-79280 (LAS)
LENDING KEY,

                                    Debtor.
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NASSAU    )

      I, **GINA MARIA DAMOULIS**, being duly sworn, depose, and say that: I am not a party to this action, am over 18 years of age, and am employed by SilvermanAcampora LLP.

On January 13, 2015, I served the:

- **NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF TRUSTEE'S INTENDED SALE (INCLUDING EXHIBIT A).**

TO:    **Office of the United States Trustee**
        Office of the United States Trustee
        Long Island Federal Courthouse
        560 Federal Plaza
        Central Islip, NY 11722
        Attn:  Alfred M. Dimino, Esq.

        **Debtor (*Pro Se*)**
        Ideal Mortgage Bankers, Ltd.
        c/o Corporation Service Company
        80 State Street
        Albany, NY 12207

        Michael Primeau
        PO Box 740
        Lynbrook, NY 11656-0740

**Global Appraisal Solutions and Laurence Holzer Entities**
Laurence Holzer**(\*)(\*\*)**
Managing Member, Global Appraisal Solutions, LLC
1497 Main Street, Suite 210
Dunedin, FL 34698

**Former Counsel to Laurence Holzer**
Laurence Holzer
c/o Doug Clemmons, Esq.
817 Broadway, Fifth Floor
New York, NY 10003

Morse Geller, Esq.
Law Office of Morse Geller
277 Sycamore Street
West Hempstead, NY 11552

Global Appraisal Solutions, LLC
c/o Law Offices of Marjory Cajoux
Marjory Cajoux, Esq.
406 Atlantic Avenue
Brooklyn, NY 11217

**Former Counsel to Global Solutions**
Fellheimer & Eichen LLP
45 Rockefeller Plaza, 20th Floor
New York, NY 10111
Attn:  Judith E. Fellheimer, Esq.

**Chapter 7 Trustee**
R. Kenneth Barnard
3305 Jerusalem Avenue
Suite 215
Wantagh, NY 11793-2028

**Taxing Authorities**
United States Attorney's Office
Attention: Long Island Bankruptcy Processing
610 Federal Plaza, 5th Floor
Central Islip, NY 11722-4454

NYS Department of Labor
Unemployment Insurance Division
Harriman State Office Building Campus
Building 12, Room 256
Albany, NY 12240

NYC Dept. of Finance
Attn: Legal Affairs Division
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

NYC Dept. of Finance
Office of Legal Affairs (Parking Violations)
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Department of Taxation & Finance
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

NYS Department of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-0300

Securities and Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway – Attn: John Murray
New York, NY 10279

U.S. Env. Protection Agency
Region 2 - New York/Caribbean Attn: Douglas Fischer, Esq.
290 Broadway, 17th Floor
New York, NY 10007-1866

U.S. Department of Health and Human Services
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278

U.S. Department of Housing and Urban Development
Office of Regional Counsel for New York/New Jersey
26 Federal Plaza, Room 3500
New York, NY 10278

**Entities Having Filed Notices of Appearance**
Fidelity National Title Insurance Company
Wilkie Farr & Gallagher LLP
Attorneys for Creditor
787 Seventh Avenue
New York, NY 10019

360 Motor Parkway, LLC
c/o Hamburger Maxson Yaffe Knauer & McNally, LLP
225 Broadhollow Road, Suite 301E
Melville, NY 11747

Michael Howard Ashley
c/o Weber & Pullin LLP
7600 Jericho Tpke, Suite 402
Woodbury, NY 11797
Attn: Allan L. Pullin, Esq.

Michael Howard Ashley
c/o Kevin Keating, Esq.
666 Old Country Road
Garden City, NY 11530

Andrew M. Thaler, Esq.
Thaler & Gertler, LLP
675 Old Country Road
Westbury, New York 11590

Law Office of Ronald Alan Lenowitz
Ronald Alan Lenowitz, Esq.
7600 Jericho Tpke., Suite 300
Woodbury, NY 11797

Paramount Appraisal Management, LLC
c/o Rosenberg Calica & Birney LLP
Attn: John S. Ciulla, Esq
100 Garden City Plaza, Suite 408
Garden City, NY 11530

Lazer, Aptheker, Rosella & Yedid, PC
Attorneys for Capital One, N.A.
Attn: Joseph C. Savino
225 Old Country Road
Melville, NY 11747

RA 520 Broadhollow Road LLC
c/o Hamburger, Maxson, Yaffe,
Knauer & McNally, LLP
225 Broadhollow Road, Suite 301E
Melville, NY 11747

Law Offices of Donna M. Fiorelli, P.C.
11 Clinton Avenue
Rockville Centre, NY 11570

Foster & Wolkind, P.C
80 Fifth Avenue, Ste 1401
New York, NY 10011-8002

Martin A. Mooney, Esq.
Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203

Michael Bazley SBN 2237467
12500 Bruceville Road R3C
Elk Grove, CA 95757

Fidelity National Title Insurance Company
c/o Butler Fitzgerald, Fiveson & McCarthy
Nine East 45th Street, Ninth Floor
New York, NY 10017
Attn:  David K. Fiveson, Esq.

**Creditors**
DeMasco Sena & Jahelka
5788 Merrick Road
Massapequa, NY 11758

EAM Land Services, LLC
6901 Jericho Turnpike
Syosset, NY 11791
Attn:  Officer, Managing Agent or General Agent

Evans National Leasing, Inc.
One Grimsby Drive
Hamburg, NY 14075
Attn:  Officer, Managing Agent or General Agent

EAM Land Services, Inc.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
Attn:  Joseph S. Maniscalco, Esq.

Loancare, a Division of FNF Servicing, Inc.
c/o Rosicki, Rosicki and Assc. PC
51 E. Bethpage Rd.
Plainview, NY 11803
Attn:  Edward Rugino, Esq.

Principal Settlement Services
48 S. Service Road
Melville, NY 11747

Mercedes-Benz Financial Services
P.O. Box 685
Roanoke, TX 76262

Bank of America, N.A.
c/o K&L Gates LLP
Daniel G. Rosenberg, Esq.
70 West Madison Street, Suite 3100
Chicago, IL 60602-4207

Evans National Leasing, Inc.
c/o Getman & Biryla, LLP
800 Rand Building
14 Lafayette Square
Buffalo, NY 14203-1995

Sean Iwersen & Christy A. Iwersen
89 South Bicycle Path
Selden, NY 11784

Dawn Maneri
2902 Newport Ave.
Medford, NY 11763

Westerman Ball Ederer Miller & Sharfstei
Attorneys for Elizabeth Angebrandt
1201 RXR Plaza
Uniondale, NY 11556

Kravet & Vogel, LLP
Attorneys for Helene DeCillis
1040 Avenue of the Americas
Suite 1101
New York, NY 10018

Kimberly McLean
19 Marter Avenue
Burlington, NJ 08016

Michael McLean
19 Marter Avenue
Burlington, NJ 08016

Thomas Wisnieski CPA
5036 Jericho Turnpike
Ste 201
Commack, NY 11725

Gwendolyn Lucas
67 Baldwin Road
Unit 1B
Hempstead, NY 11550-6235

Travelers Casualty & Surety Company of America
W. Joe Wilson, Esq.
One Tower Square S102A
Hartford, CT 06183-0001

**Proofs of Claim**
WGCL-TV, Meredith Corporation
c/o Cindi Hammack
1716 Locust Street
Des Moines, IA 50309

Elmore & Mary Joyce Wilson
319 Stag Hill Road
Mahwah, NJ 07430

Donald Erskine and Joan Bernard
190-04 118th Avenue
St. Albans, New York 11412

Harry Auguste
*As Executor of the Estate of Anna Levi*
114 1/2 Fir Avenue
Englewood, CA 90302

Carl Dalencourt
11052 Northern Boulevard
Baldwin, NY 11510

Jean Pierre LaDouceur and Marie LaDouceur
926 East 83rd Street
Brooklyn, NY 11236

Joel Mauzoul
*Creditors Joel and Jocelyn Mauzoul*
185 Randall Avenue
Freeport, NY 11520

Harry Tassy
*Creditors Harry and Enide Tassy*
1086 East 31st Street
Brooklyn, NY 11210

Franck Tassy
10528 Avenue M
Brooklyn, NY 11236

Arnold Etienne
1037 Prospect Avenue
Westbury, NY 11590

Jean Coissiere
*Creditors Jean and Marguerite Coissiere*
146-43 223rd Street
Jamaica, NY 11413

Prosper Dormeus
111-08 Farmers Boulevard
St. Albans, NY 11412

Kenford and Sharon Williams
956 East 42nd Street
Brooklyn, NY 11210

Marie Jean Louis
139-27 228th Street
Laurelton, NY 11413

Berthy Dasque
137-19 223rd Street
Laurelton, NY 11413

Gavin Luckman
c/o Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016

James Glenn and Brenda Glenn
c/o Thorp & Clarke, P.A.
P.O. Box 670
Fayetteville, NC 28302

Bank of America, N.A.
c/o K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602-4207
Attn:  Daniel G. Rosenberg, Esq.

Paramount Appraisal Management, LLC
P.O. Box 554
Long Beach, NY 11561
Attn:  Officer, Managing Agent or General Agent

New World Funding IIE, LLC
1310 Madrid Street
Marshall, MN 56258
Attn:  Officer, Managing Agent or General Agent

Chantale Dalencourt
142-02 230th Place
Laurelton, NY 11413-3618

Rita Dalencourt
142-02 230th Place
Laurelton, NY 11413-3618

Federal Housing Admin./HUD
c/o Mary A. Schmergel, Esq.
U.S. Department of Justice
1100 L Street, NW, Room 10022
Washington, DC 20530

RA 1660 Walt Whitman Road LLC
c/o Hamberger Maxson Yaffe & McNally LLP
225 Broadhollow Rd., Suite 301E
Melville, NY 11747

Dr. Carl Chrispin
48 Lipton Lane
Williston Park, NY 11596

Robert Rodney
c/o Cindy Rodney
1700 Greenway Boulevard
Elmont, NY 11003

Yanick Dumesle
10735 Emarald Chase Drive
Orlando, FL 32836

Bienvenido Franco,
c/o Erik H. Langeland, P.C.
500 Fifth Avenue, Ste. 1610
New York, NY 10110

**Trustee's Retained Professionals**
Navigant Consulting Inc.
Legal Department
30 S. Wacker Drive, Suite 3550
Chicago, IL 60606

Navigant Consulting Inc.
90 Park Avenue, 10th Floor
New York, NY 10016
Attn:  Richard T. Faughnan, Managing Director

David R. Maltz & Co., Inc.
39 Windsor Place
Central Islip, NY 11722

**Parties to Litigation**
Harold M. Somer, Esq.
1025 Old Country Road
Suite 404
Westbury, NY 11590

Kilpatrick Townsend & Stockton LLP
1114 Avenue of the Americas
21st floor
New York, NY 10036
Attn:  Jonathan Polonsky, Esq.

Schupbach, Williams & Pavone LLP
1010 Franklin Avenue
Suite 404
Garden City, NY 11530
Attn:  Arthur C. Schupbach, Esq

Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor
New York, NY 10022
Attn:  Schuyler B. Kraus, Esq.

US Department of Justice
1100 L Street NW
Room 10022
Washington, DC 20530
Attn:  Mary A. Schmergel, Esq.

Wilson Elser Moskowitz Edelman & Dicket
1133 Westchester Avenue
White Plains, NY 10604
Attn:  Mark G. Ledwin, Esq.

Macco & Stern LLP
135 Pinelawn Road
Suite 120 South
Melville, NY 11747
Attn:  Michael J. Macco, Esq.

Goldberg Segalla LLP
100 Garden City Plaza
Suite 225
Garden City, NY 11530
Attn:  Eric S. Cohen, Esq.

by **First Class Mail** delivery to the address(es) listed above, said address(es) designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*by electronic mail transmission to the email address(es) listed above, said email address(es) designated for that purpose.

**by **Federal Express Priority Overnight Delivery (Adult Signature Required)** to the address(es) listed above, said address(es) designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the Federal Express.

                                                  ___s/ Gina Maria Damoulis_____
                                                      **GINA MARIA DAMOULIS**

Sworn to before me this
13th day of January 2015

s/ Justin Krell
_____
Notary Public

> Justin Krell
> Notary Public, State of New York
> No. 02KR6180262
> Qualified in Nassau County
> Commission Expires January 7, 2016