**UNITED STATES BANKRUPTCY COURT**
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Chambers of
The Honorable Carla E. Craig
Chief United States Bankruptcy Judge

Tel. (347) 394-1840

June 23, 2015

Mr. Laurence Holzer
c/o Global Appraisal Solutions, LLC
1497 Main Street, Suite 210
Dunedin, FL 34698

Re:   Ideal Mortgage Bankers, LTD
      *aka* Lend America, Consumer First Lending Key
      Case No. 10-79280-las

Dear Mr. Holzer:

This is in response to your letter to the Honorable Carla E. Craig dated June 11, 2015 concerning the case referred to above.

As you know, the case in question is assigned to the Hon. Louis A. Scarcella. Any motion in the case must therefore be presented to him.

Very truly yours,

*s/Sharon L. Weiss*

Sharon L. Weiss
Law Clerk to the Hon. Carla E. Craig

Cc:
Hon. Louis A. Scarcella
Lon J. Seidman, Esq.
Office of the United States Trustee, Region 2